FILED

07/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0342

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0342

_____

KIM NORQUAY, JR.,

      Petitioner,

    v.

TWELFTH JUDICIAL DISTRICT COURT, HILL
COUNTY, HONORABLE YVONNE LAIRD,
Presiding,

      Respondent.

O R D E R

Through counsel, Petitioner Kim Norquay, Jr., seeks a writ of supervisory control over the Montana Twelfth Judicial District Court, Hill County, in Cause No. DV-21-2012-0000093. Norquay asserts that the District Court has not ruled upon his pending petition for postconviction relief, for which the evidentiary hearing concluded on February 6, 2020. Norquay further asserts that he notified the District Court this matter was submitted for decision by filing a Notice of Issue and Request for Ruling on three occasions—November 23, 2020, March 24, 2021, and May 24, 2021—but no ruling has been forthcoming.

We have reviewed a copy of the District Court's case register for this matter. It does not appear that the District Court has issued its ruling on the petition for postconviction relief that is the subject of Norquay's petition for writ of supervisory control. The Court deems it appropriate to obtain a summary response from the District Court. In accordance with M. R. App. P. 14(7),

IT IS ORDERED that the State of Montana, the Twelfth Judicial District Court, or both, are granted thirty days from the date of this order in which to prepare, file, and serve a response(s) to the petition for writ of supervisory control in Cause No. DV-21-2012-0000093.

The Clerk is directed to provide notice of this Order to counsel for Petitioner, to all

counsel of record in the Twelfth Judicial District Court Cause No. DV-21-2012-0000093, and to the Honorable Yvonne Laird, presiding District Judge.

2

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
July 14 2021